

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*　　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

March 30, 2016

Honorable Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

*Re: United States v. Darryl Sousa, 1:10-CR-034 (LEK)*

Dear Judge Kahn:

I received the motion to terminate the defendant's supervised release term, which was filed with the court on March 17, 2016. I am requesting an additional two (2) weeks, until April 14, 2016, to respond to the defendant's motion. Thank you in advance for your consideration of this request.

　　　　　　　　　　　　　　　　RICHARD S. HARTUNIAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　　*s/Emily Farber*
　　　　　　　　　　　　　　　　Emily T. Farber
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Bar Roll No. 519174

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated:　March 31, 2016
　　　　Albany, NY

Honorable Lawrence E. Kahn, Senior U.S. District Court Judge
United States v. Darryl Sousa
1:10-CR-034 (LEK)
March 30, 2016
Page  2

UNITED STATES OF AMERICA                                        Criminal No.
                                                                10-CR-034 (LEK)
  v.

DARRYL SOUSA,

                          Defendant.


CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed the government's opposition to the defendant's motion to terminate supervised release using the CM/ECF system. I sent the filing to the following address:

Darryl Sousa
6084 Queen Court
Arvada, CO 80004




                                    By:        */s/: Emily T. Farber*
                                                Emily T. Farber
                                                Assistant United States Attorney
                                                Bar Roll No. 519174