

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

April 11, 2016

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

    *Re: United States v. Darryl Sousa, 1:10-CR-034 (LEK)*

Dear Judge Kahn:

    The Government submits this response to the defendant's pro-se motion seeking early termination from his Supervised Release term. The Government has conferred with USPO Jordan Buescher, who has been supervising the defendant in the District of Colorado and the Government notes that USPO Buescher does not oppose the defendant's motion to terminate his term of supervised release. The Government therefore does not oppose the defendant's motion for early termination of Supervised Release.

    On January 28, 2010, the defendant pled guilty to a one count Information 1:10-CR-034 (LEK) charging a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute more than 50 Kilograms of Marijuana. On March 20, 2012, the defendant was sentenced to 33 months imprisonment and 3 years supervised release. According to USPO Buescher, the defendant has maintained overall compliance and is not in need of substance abuse, mental health, education, or other services.

    For all these reasons, we respectfully do not oppose the defendant's motion for early release from his SR term. Thank you for your consideration in this matter.

                              RICHARD S. HARTUNIAN
                              United States Attorney

        By:    *s/Emily Farber*
                  Emily T. Farber
                  Assistant United States Attorney
                  Bar Roll No. 519174

Honorable Lawrence E. Kahn, Senior U.S. District Court Judge
United States v. Darryl Sousa
1:10-CR-034 (LEK)
April 11, 2016
Page  2

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.<br>10-CR-034 (LEK) |
| v. | |
| DARRYL SOUSA, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I electronically filed the government's response to the defendant's motion to terminate supervised release using the CM/ECF system. I sent the filing to the following address:

Darryl Sousa
6084 Queen Court
Arvada, CO 80004


By:        */s/: Emily T. Farber*
           Emily T. Farber
           Assistant United States Attorney
           Bar Roll No. 519174